1
2
3
4
5
6
7                       UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   USAA INVESTMENT MANAGEMENT            No.  1:18-cv-00605-DAD-EPG
     COMPANY, USAA FEDERAL
11   SAVINGS BANK, and USAA
     TRANSFER AGENCY COMPANY,
12                                          ORDER DISCHARGING ORDER TO SHOW
              Plaintiffs,                   CAUSE
13
         v.                                 (Doc. No. 9)
14
     HAROLD W. HODGES, REBECCA S.
15   KETNER, KIMBERLY D. JOHNSON,
     and THE ESTATE OF DARLENE L.
16   HODGES,

17            Defendants.

18

19        On May 7, 2018, this court issued an order to show cause as to why this matter should not

20   be dismissed due to a lack of subject matter jurisdiction.  (Doc. No. 9.)  In particular, plaintiffs

21   had not fully alleged the citizenship of USAA Investment Management Company and USAA

22   Transfer Agency.  (Id. at 2–3.)  Plaintiffs filed a first amended complaint on May 9, 2018 which

23   fully alleges the citizenship of these two entities, both of which are Delaware corporations with

24   their principal place of business in San Antonio, Texas.  (Doc. No. 10 at ¶¶ 22, 24.)  Therefore,

25   the order to show cause is discharged.

26   IT IS SO ORDERED.

27     Dated:   __May 30, 2018__                    _____
                                                    UNITED STATES DISTRICT JUDGE
28
                                           1