UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USAA INVESTMENT MANAGEMENT COMPANY, a Delaware Corporation; USAA FEDERAL SAVINGS BANK, a federally chartered savings association; and USAA TRANSFER AGENCY COMPANY d/b/a USAA SHAREHOLDER ACCOUNT SERVICES, a Delaware Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> HAROLD W. HODGES; REBECCA S. KETNER; KIMBERLY D. JOHNSON; ESTATE OF DARLENE L. HODGES; and DOES 1 through 5, inclusive, <br><br> Defendants. | No. 1:18-cv-00605-DAD-EPG <br><br><br> ORDER GRANTING JOINT STIPULATION TO STAY <br><br> (Doc. No. 23) |

On August 20, 2018, the parties filed a joint stipulation to stay this action. (Doc. No. 23.) Pursuant to that stipulation, the parties agree and jointly request that the court stay the instant action pending the earlier of either: (1) defendants and/or their counsel providing plaintiffs' counsel with joint, written instructions signed by or on behalf of all defendants as to the disposition of account funds in the name of decedent Darlene L. Hodges ("Accounts"); or (2) a specific, written finding in the Merced County Superior Court action as to the respective rights of defendants to the funds in the Accounts. (*Id.* at 2–3.) The parties stipulate that to the extent that

1

either of these contingencies is satisfied, defendants shall fully release, indemnify, and hold plaintiffs harmless from any matter or claim whatsoever arising from or relating to the Accounts, including but not limited to plaintiffs' acceptance of defendants' joint instructions as to the disposition of the Accounts or action on the resolution of the competing claims in the state court action, prior to the distribution of any funds from the Accounts. (*Id.* at 3.) As further consideration for plaintiffs entering into this stipulation and agreeing to proceed under either of the contingencies above, the parties agree that any distributions in the account shall be reduced by plaintiff's reasonable attorneys' fees in prosecuting the instant interpleader action, determined either by stipulation or motion. (*Id.*) To the extent that the state court action does not specifically resolve defendants' respective rights to their claims to the Accounts, the requested stay of the instant interpleader action shall be immediately lifted upon notice to the court, and this litigation shall proceed at that time to resolve defendants' competing claims. (*Id.*)

Good cause appearing, it is hereby ordered that this matter is stayed in its entirety and all currently pending case management dates are hereby vacated based upon the terms of the parties' stipulation. It is further ordered that, in light of the parties' stipulation, defendant Hodges' motion to dismiss (Doc. Nos. 19–22) is withdrawn without prejudice and the hearing on that motion, currently set for September 18, 2018, is hereby vacated.

IT IS SO ORDERED.

Dated: **August 21, 2018**

UNITED STATES DISTRICT JUDGE