UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USAA INVESTMENT MANAGEMENT COMPANY, *a Delaware Corporation*, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HAROLD W. HODGES, *et al.*, <br><br> Defendants. | No. 1:18-cv-00605-DAD-EPG <br><br> ORDER GRANTING PARTIES' STIPULATION REGARDING THE CUSTODY OF THE ACCOUNTS AT ISSUE <br><br> (Doc. No. 28) |

The parties in this interpleader action have jointly stipulated to the transfer of the individual retirement ("IRA Accounts") and brokerage accounts at issue (collectively, "the Accounts") to the custody of non-party Charles Schwab & Co., Inc. ("Charles Schwab") in order to preserve the IRA Accounts' tax-advantaged status.  (Doc. No. 28.)  The IRA Accounts have account numbers ending in -1341 and -6530, and the brokerage account has an account number ending in -3648.  (*Id.* at 2, 3.)

For good cause shown, the court grants the parties' stipulation.

Accordingly:

1. The Accounts may be transferred to the custody of Charles Schwab with the registered owner as Darlene L. Hodges until defendants' competing claims to the Accounts are resolved;

1

2. The parties are ordered to provide the account transfer documentation needed by Charles Schwab and National Financial Services, LLC, the originating financial institution, to effectuate the transfer of the Accounts; and

3. The Accounts remain restricted from further movement, liquidation, or use until the conclusion of this matter or an interim order of the court.

IT IS SO ORDERED.

Dated: **June 19, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE